1  MICHAEL COSENTINO, SBN 83253
   Counsel for the United States
2  P.O. Box 129
   Alameda, CA 94501
3  Telephone: (510) 523-4702
   Facsimile: (510)747-1640
4
   Attorney for Plaintiff
5  United States of America

6

7

8              **IN THE UNITED STATES DISTRICT COURT**

9            **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10

   **UNITED STATES OF AMERICA**          NO. **CV17-06496 SLM**
11
                    Plaintiff,
12                                        **JUDGMENT ON DEFAULT**
        v.
13
   **KRISHANNA PARDEE**
14 **aka KRISHANNA M. PARDEE**
   **aka KRISHANNA DERITA**
15 **aka KRISHANNA MICHELLE PARDEE**
   **aka KRISHANNA MICHELLE DERITA**,
16
                    Defendant.
17 _____/

18        In the above entitled action, the defendant KRISHANNA PARDEE aka KRISHANNA

19 M. PARDEE aka KRISHANNA DERITA aka KRISHANNA MICHELLE PARDEE aka

20 KRISHANNA MICHELLE DERITA having been duly served with the Summons and a copy

21 of the Complaint in the action, and the defendant having failed to appear, answer, plead, or

22 otherwise defend in the action within the time allowed by law, or at all, and default having

23 been duly entered; and it further appearing that plaintiff's claim against the defendant is for

24 a sum certain and for interest which can by computation be made certain and for costs; and

25 it further appearing that a declaration on behalf of the plaintiff required by Rule 55 has been

26 filed, setting forth the amounts due plaintiff from said defendant in accordance with the

27 prayer of the Complaint, and also setting forth that defendant is not an infant or

28 incompetent person or in the military service of the United States within the meaning of the

1   Service Members Civil Relief Act [50 U.S.C. Appx. §§ 501 *et. seq.*] (formerly the Soldiers'

2   and Sailor's Civil Relief Act of 1940), or otherwise entitled to the benefits of said Act, and

3   praying that Judgment  be entered herein.

4         NOW, THEREFORE, by virtue of the law and by reason of the premises aforesaid,

5         IT IS ADJUDGED that the United States of America, plaintiff, do have and recover of

6   and from the defendant, KRISHANNA PARDEE aka KRISHANNA M. PARDEE aka

7   KRISHANNA DERITA aka KRISHANNA MICHELLE PARDEE aka KRISHANNA

8   MICHELLE DERITA, the sum of $10,429.57 as principal, interest, attorney fees, and costs,

9   plus interest in the amount of $0.48 per day from August 15, 2019, to the date of entry of

10   the judgment, plus post judgment interest thereafter at the current legal rate per annum,

11   pursuant to the provisions of 28 USC Sec. 1961(a) which will be compounded annually

12   pursuant to the provisions of 28 U.S.C. Sec 1961(b), and judgment is herewith entered

13   accordingly.

14

15   JUDGMENT ENTERED:___8/21/2019_____

16

17                          SUSAN Y. SOONG, Clerk
                           UNITED STATES DISTRICT COURT

18



19                          Deputy Clerk   Mark Romyn

20

21

22

23

24

25

26

27

28